UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAZMYNE SYLVE, et al. | CIVIL ACTION |
| VERSUS | NO: 22-00861 |
| WP FREMAUX SLIDELL-LA OWNER, LLC, et al. | SECTION: T (2) |

## ORDER OF DISMISSAL

The Court having been advised by counsel for the plaintiff this date that all parties to this action have firmly agreed upon a compromise agreement,

**IT IS ORDERED** that this action is hereby dismissed without costs, but without prejudice to the right upon good cause shown, to reopen or to seek summary judgment enforcing the compromise if settlement is not consummated within sixty (60) days. During this sixty-day period, the Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

New Orleans, Louisiana, this 4th day of January 2024.

GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE